IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-182

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| MICHAEL T. RAND ) | |

**THIS MATTER** is before the Court upon the defendant's request for additional time to supplement the arguments raised in his motion for new trial. (Doc. No. 138).

The issues raised in the motion were identified before and during the trial. The transcripts of testimony and court proceedings were obtained daily by the defendant. Therefore, the Court finds that the defendant has not established sufficient cause to supplement his motion with additional citations to the record and legal authority.

**IT IS, THEREFORE, ORDERED** that the defendant's request for additional time is DENIED. The Court will rule by separate order on the merits of the motion for new trial.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: November 29, 2011

Robert J. Conrad, Jr.
Chief United States District Judge