IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-182

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| MICHAEL T. RAND | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion, the defendant's Motion for New Trial Due to Juror Misconduct, (Doc. No. 143), and related pleadings of the parties.

Upon consideration of United States v. Lawson, 677 F.3d 629 (4th Cir. 2012), and the record in this case, the Court finds good cause to schedule a hearing regarding whether alleged extrajudicial information affected the verdict.

**IT IS, THEREFORE, ORDERED,** that this matter shall be heard at 9:30 a.m. on July 17, 2012, in the Robert D. Potter Courtroom in Charlotte, North Carolina. Court-issued subpoenas to the trial jurors shall be served by the United States Marshal's Service at the defendant's expense, along with witness fees.

**IT IS FURTHER ORDERED** that subpoenas shall be sealed to protect the identities of the jurors, and the parties shall have no further contact with the trial jurors.

Signed: June 15, 2012

Robert J. Conrad, Jr.
Chief United States District Judge