IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-182

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| MICHAEL T. RAND, | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on its own motion.

On July 11, 2012, the defendant filed a Bench Brief regarding the scheduled evidentiary hearing on alleged juror misconduct in which the defendant states he is in possession of communications by a juror, including Twitter and Facebook postings. (Doc. No. 163: Brief at 15 n.7). The defendant states such materials will be delivered to the Court upon request.

**IT IS, THEREFORE, ORDERED**, that the defendant shall file under seal, with access to the government, any and all alleged communications of any juror in his possession by 5 p.m. on Friday, July 13, 2012.

**IT IS FURTHER ORDERED** that by noon on Monday, July 16, 2012, the defendant shall file a notice under seal, with access to the government, stating the steps taken, and the dates on which they occurred, to obtain the communications of any juror.

Signed: July 13, 2012

Robert J. Conrad, Jr.
Chief United States District Judge